Same case below, 627 F.3d 768.

■

**No. 11-5244. Eliza Shubaralyan and Gevork Kartashyan, Petitioners v. United States.**

565 U.S. 897, 132 S. Ct. 286, 181 L. Ed. 2d 172, 2011 U.S. LEXIS 5523.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 428 Fed. Appx. 685.

■

**No. 11-5245. Luis Alberto Gonzalez, Petitioner v. United States.**

565 U.S. 897, 132 S. Ct. 286, 181 L. Ed. 2d 172, 2011 U.S. LEXIS 5426.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

■

**No. 11-5247. Edgar Hooper, III, Petitioner v. United States.**

565 U.S. 897, 132 S. Ct. 286, 181 L. Ed. 2d 172, 2011 U.S. LEXIS 5568.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

■

**No. 11-5248. Larry Flenoid, Petitioner v. United States.**

565 U.S. 897, 132 S. Ct. 286, 181 L. Ed. 2d 172, 2011 U.S. LEXIS 5762.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

■

**No. 11-5249. Jose De Jesus Garcia, Petitioner v. United States.**

565 U.S. 897, 132 S. Ct. 286, 181 L. Ed. 2d 172, 2011 U.S. LEXIS 5549.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 397 Fed. Appx. 334.

■

**No. 11-5250. Barry P. Fillman, Petitioner v. United States.**

565 U.S. 897, 132 S. Ct. 287, 181 L. Ed. 2d 172, 2011 U.S. LEXIS 5599.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 410 Fed. Appx. 173.

■

**No. 11-5252. Antonio Green, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 897, 132 S. Ct. 287, 181 L. Ed. 2d 172, 2011 U.S. LEXIS 5558.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

■

**No. 11-5254. Joel Eras-Machado, Petitioner v. United States.**

565 U.S. 897, 132 S. Ct. 287, 181 L. Ed. 2d 172, 2011 U.S. LEXIS 5488.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 433 Fed. Appx. 514.